IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LORENZO RUSSELL )
)
v. ) NO. 3-13-0316
) JUDGE CAMPBELL
KLOECKNER METALS CORP. )

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 18). For the reasons stated in the accompanying Memorandum, Defendant's Motion is DENIED.

This matter remains set for trial on August 19, 2014, with a pretrial conference on August 11, 2014.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE